UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-0182 DJC KJN P |
|---|---|
| Respondent, | |
| v. | ORDER |
| DORU GABRIEL TRIFU, | |
| Movant. | |

Movant, a former federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 25, 2023, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 10) is granted;

3. The 28 U.S.C. § 2255 motion to vacate (ECF No. 2) is dismissed without prejudice;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:22-cv-1198-DJC-KJN P, and to enter judgment.

IT IS SO ORDERED.

Dated: **September 7, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

trif0182.805.vac