1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                  No.  2:21-cr-00182-DJC-KJN-1

12                  Plaintiff,

13           v.                                  ORDER

14    DORU GABRIEL TRIFU,

15                  Defendant.

16

17          Movant is a former federal prisoner who has filed a notice of appeal of the

18   Court's order granting Respondent's motion to dismiss and dismissing Movant's 28

19   U.S.C. § 2255 motion to vacate.  (*See* ECF No. 17.)  Movant now seeks leave to

20   proceed in forma pauperis on appeal.  (ECF No. 18.)

21          Movant filed his motion to vacate on July 2, 2022.  (ECF No. 2.)  The assigned

22   Magistrate Judge issued Findings and Recommendations on July 25, 2023, which

23   dismissed the motion to vacate as the Court lacked jurisdiction over the case as it was

24   a second or successive section 2255 motion and it did not meet the requirements of

25   section 2255(h).  (ECF No. 13.)  These Findings and Recommendations were

26   subsequently adopted by the Court who also declined to issue a Certificate of

27   Appealability.  (ECF No. 15.)

28   ////

                                              1

1    Federal Rule of Appellate Procedure 24 governs applications to proceed in

2    forma pauperis on appeal.  Rule 24(a)(3) states that where a party was previously

3    granted in forma pauperis status in the district court action, that party is permitted to

4    proceed in forma pauperis on appeal without further authorization.  Here, Movant was

5    previously granted in forma pauperis status on February 24, 2023.  (ECF No. 7.)  As

6    such, Movant may proceed in forma pauperis on appeal unless "the district court–

7    before or after the notice of appeal is filed–certifies that the appeal is not taken in

8    good faith or finds that the party is not otherwise entitled to proceed in forma

9    pauperis and states in writing its reasons for the certification or finding."  Fed. R. App.

10   P. 24(a)(3)(A).

11       In dismissing Movant's motion to vacate, the Court declined to issue a

12   Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(2) as Movant had not made

13   a substantial showing of the denial of a constitutional right.  (ECF No. 15.)  In

14   considering Movant's in forma pauperis status and having denied a Certificate of

15   Appealability, the Court will now certify that the appeal is not taken in good faith.

16   Movant should not be entitled to proceed in forma pauperis on appeal based on

17   Movant's prior in forma pauperis status in the district court action.  *See* Fed. R. App. P.

18   24(a)(3)(A).  Any request to proceed in forma pauperis must be sent directly to the

19   Ninth Circuit Court of Appeals.  *See* Fed. R. App. P. 24(a)(5).

20       Accordingly, IT IS HEREBY ORDERED that:

21       1.  Movant's Motion to Proceed In Forma Pauperis (ECF No. 18) is DENIED AS

22           MOOT as Movant was previous granted in forma pauperis status by the

23           district court;

24       2.  The Court certifies that the appeal is not taken in good faith; and

25       3.  The Clerk of the Court is directed to notify the U.S. Court of Appeals for the

26           Ninth Circuit that this Court certifies, pursuant to Federal Rule of Appellate

27           Procedure 24(a)(3)(A), that Plaintiff's appeal is not taken in good faith, and

28           he must therefore seek further authorization from the Court of Appeals

                                          2

pursuant to Federal Rule of Appellate Procedure Rule 24(a)(5) to obtain

leave to proceed in forma pauperis.


IT IS SO ORDERED.

Dated:     **September 26, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE


DJC1 – trifu21cr00182.ifp_appeal